Gilbert F. COLON, Plaintiff–Appellant,

v.

**PETERSON, Dr.; et al., Defendants–Appellees.**

No. 14–17376.

United States Court of Appeals, Ninth Circuit.

Submitted March 15, 2016.*

Filed March 22, 2016.

Gilbert F. Colon, Folsom, CA, pro se.

Jesse Manuel Rivera, Esquire, Rivera & Associates, Sacramento, CA, for Defendants–Appellees.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

Before: GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Gilbert F. Colon, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Colon failed to raise a genuine dispute of material fact as to whether defendants were deliberately indifferent in treating Colon's back condition. *See id.* at 1057–60 (a prison official acts with deliberate indifference only if he or she knows of and disregards an excessive risk to the prisoner's health; negligence and a mere difference in medical opinion are insufficient).

**AFFIRMED.**